

February 25, 2019

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:   *CitiBank, N.A. v. Law Offices of Rachel Zamata, LLC*
              Case No. 18-CV-9973 (RA)

Dear Judge Abrams:

      We represent the defendant, Law Office of Rachel Zamata, LLC, in the above-referenced action. We write with the consent of Plaintiff's counsel, pursuant to Your Honor's Individual Rules & Practices in civil cases.

      We write to respectfully request a further thirty (30) day adjournment of the initial conference, which is presently scheduled for March 8, 2019 at 1:45 P.M. The parties are still evaluating the possibility of a potential settlement and seek to avoid the cost of litigation in the interim. This is the second for an adjournment of the initial conference.

                        Respectfully,

                    FURMAN KORNFELD & BRENNAN LLP

                        A. Michael Furman

cc: Bruce Goodman, Esq. (via ECF)