

**Furman Kornfeld & Brennan LLP**

61 Broadway, 26th Floor, New York, NY 10006
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

February 25, 2019

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> Application granted. The conference scheduled for March 8, 2019 is adjourned until April 5, 2019 at 4:30 p.m. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> February 26, 2019

Re: *CitiBank, N.A. v. Law Offices of Rachel Zamata, LLC*
Case No. 18-CV-9973 (RA)

Dear Judge Abrams:

We represent the defendant, Law Office of Rachel Zamata, LLC, in the above-referenced action. We write with the consent of Plaintiff's counsel, pursuant to Your Honor's Individual Rules & Practices in civil cases.

We write to respectfully request a further thirty (30) day adjournment of the initial conference, which is presently scheduled for March 8, 2019 at 1:45 P.M. The parties are still evaluating the possibility of a potential settlement and seek to avoid the cost of litigation in the interim. This is the second for an adjournment of the initial conference.

Respectfully,

FURMAN KORNFELD & BRENNAN LLP

A. Michael Furman

**MEMO ENDORSED**

cc: Bruce Goodman, Esq. (via ECF)

> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/26/19