ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5357
bgoodman@zeklaw.com

November 27, 2019

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
12/2/19

**Citibank, N.A. v. Law Offices of Rachel Zamata**
**Case No. 18 CV 9973 (RA) (OTW)**

Dear Judge Abrams,

We represent plaintiff Citibank, N.A. Pursuant to the Case Management Plan and Scheduling Order filed July 29, 2019, the Court scheduled a conference for December 6, 2019. [ECF Doc. No. 25] By Order of Reference filed November 6, 2019, Your Honor referred this action to the Honorable Ona T. Wang for general pre-trial management (including scheduling), and to resolve discovery disputes that have arisen between the parties. [ECF Doc. Nos. 28 and 29]

Accordingly, we write with Defendant's attorney's consent to jointly request that the Court excuse counsel from appearing for the December 6 conference, and adjourn it or remove it from the calendar.

Respectfully,

Bruce S. Goodman

cc:   A. Michael Furman, Esq. (by ECF)

---

Application granted. The post-discovery conference scheduled for December 6, 2019 is adjourned *sine die*.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 2, 2019