# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5357
bgoodman@zeklaw.com

December 3, 2019

**Memo Endorsed**

**BY ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

**Citibank, N.A. v. Law Offices of Rachel Zamata**
**Case No. 18 CV 9973 (RA) (OTW)**

Dear Judge Wang,

  We represent plaintiff Citibank, N.A. The Court scheduled a hearing on December 17, 2019 at 3:30 p.m. to address Citibank's letter motion concerning certain discovery disputes that have arisen. [ECF No. 33] We write pursuant Rule 1.e of Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the hearing until January 2, 2020 or January 9, 2020. The reason for the request is that I must fly to San Francisco, California on the morning of December 17, 2019 to attend to an emergent matter. Defendant's attorney consents to the adjournment.

  Defendant previously requested an adjournment to which Citibank consented, and which the Court granted. Citibank has not previously requested an adjournment of hearing.

Respectfully,

Bruce S. Goodman

**Application Granted.**
The hearing scheduled for December 17, 2019 is adjourned. A rescheduled hearing will be held **January 9, 2020 at 11:30 a.m.** Parties are directed to submit a joint proposed agenda for the conference by January 6, 2020.
**SO ORDERED.**

_____
Ona T. Wang     12/5/2019
U.S. Magistrate Judge