**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
CITIBANK, N.A.,                           :
                                          :
                    Plaintiff,            :        18-CV-9973 (RA) (OTW)
                                          :
           -against-                      :        ORDER
                                          :
LAW OFFICE OF RACHEL ZAMATA, LLC,         :
                                          :
                    Defendant.            :
                                          :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a discovery conference in this matter on January 9, 2020. Pursuant to the directions given during the conference:

- Regarding interrogatory #3, Defendant is directed to provide all phone numbers in her possession for Stephen Djicdjhor by **January 16, 2020**;

- Defendant is directed to produce documents responsive to document demand #1 by **January 16, 2020**;

- Defendant is directed to produce documents responsive to document demand #11 by **January 30, 2020**;

- The parties are to brief the issues discussed during the conference pertaining to attorney/client privilege as they concern document demands 3, 6, and 8. Defendant's letter brief – not to exceed 5 pages – is due by **January 24, 2020**. Plaintiff's response – also not to exceed 5 pages – is due by **February 7, 2020**;

- Parties are directed to meet and confer on the issues related to Defendant's

30(b)(6) deposition notice. Defendant is then directed to propound a new 30(b)(6) notice and the parties must submit a joint status letter by **February 14, 2020** discussing and detailing the topics that remain in dispute, if any;

- The deadline for discovery is extended until March 31, 2020. The February 14 status letter should discuss whether any additional discovery disputes have arisen.

The Clerk is respectfully directed to close ECF 38.

The Court also apologizes to Mr. Butler for referring to him as "Mr. Furman," Defendant's counsel of record, throughout the conference.

**SO ORDERED.**

Dated: January 9, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge