**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
CITIBANK, N.A.,                              :
                                             :
                 Plaintiff,                  :    18-CV-9973 (RA) (OTW)
                                             :
             -against-                       :    ORDER
                                             :
LAW OFFICE OF RACHEL ZAMATA, LLC,            :
                                             :
                 Defendant.                  :
                                             :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court will hold a discovery conference on the remaining disputes on **Thursday, April 2, 2020 at 10:00 a.m.** Defendant's attorney of record, Mr. Furman, is directed to attend.

**SO ORDERED.**

Dated: February 26, 2020
      New York, New York

                                                  _s/ Ona T. Wang_
                                                  **Ona T. Wang**
                                                  United States Magistrate Judge