**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CITIBANK, N.A.,  :
                    Plaintiff,  :        18-CV-9973 (RA) (OTW)

          -against-  :       **ORDER**

LAW OFFICE OF RACHEL ZAMATA, LLC,  :

            Defendant.  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed the parties' letters at ECF 56 and ECF 57. Plaintiff is directed to respond to Defendant's letter motion for discovery, at ECF 54, by **May 15, 2020** or the motion may be deemed unopposed.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: May 12, 2020                               **Ona T. Wang**
       New York, New York                 United States Magistrate Judge