**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CITIBANK, N.A.,                                   :

                Plaintiff,                     :         18-CV-9973 (RA) (OTW)

            -against-                       :         **ORDER**

LAW OFFICE OF RACHEL ZAMATA, LLC,   :

                Defendant.                 :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Pursuant to the directions given during the telephone conference held on June 3, 2020, it is hereby **ORDERED** that:

- Defendant must produce documents responsive to Plaintiff's document demands #3 and #8 by **Wednesday, June 10, 2020**. Parties were directed to meet and confer to draft a confidentiality order and submit it to the Court by close of business June 5, 2020. If no confidentiality order is submitted, the Court will enter its model protective order.

- The Court has reviewed the email, Bates No. CB0182, submitted by Plaintiff for *in camera* review on June 3, 2020, and finds that the privilege designation is correct.

- Discovery is extended to June 30, 2020. A joint status letter explaining whether an additional extension is needed, what discovery still needs to be completed, and how the additional time will be used, must be submitted by **June 26, 2020**.

The Clerk is respectfully directed to close ECF 54.

    **SO ORDERED.**

| | |
|---|---|
| | *s/ Ona T. Wang* |
| Dated: June 5, 2020 | **Ona T. Wang** |
|     New York, New York | United States Magistrate Judge |