UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CITIBANK, N.A.,

           Plaintiff,

           -against-

LAW OFFICES OF RACHEL ZAMATA,

           Defendant.

-------------------------------------------------------------x

18-CV-9973 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

For the reasons stated on the record on October 1, 2020, it is hereby **ORDERED** that:

- Plaintiff's letter motion for discovery, (ECF 76), is denied;

- Expert discovery is extended to December 1, 2020;

- The Court's earlier order to submit a proposed summary judgment briefing schedule is adjourned *sine die*.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: October 1, 2020                  **Ona T. Wang**
New York, New York               United States Magistrate Judge