

**MEMO ENDORSED**

January 5, 2021

**SO ORDERED:**

Application for adjournment is GRANTED and rescheduled for February 4, 2021 at 12:00 p.m.

_____
**Ona T. Wang**          1/7/21
United States Magistrate Judge

**BY ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

**Citibank, N.A. v. Law Offices of Rachel Zamata**
**Case No. 18 CV 9973 (RA) (OTW)**

Dear Judge Wang,

We are counsel to Defendant, Law Office of Rachel Zamata, LLC ("Defendant Zamata"), in the above-referenced action. We submit this letter in response to this Court's December 18, 2020 scheduling order [ECF No. 81] wherein a telephonic conference was scheduled for January 28, 2021 at 12:30 p.m.

I have a surgical procedure scheduled for January 27, 2021 and will be out of the office, recovering, for the following week. I was informed by your office to provide dates in which I am unavailable dates for a rescheduled conference: I am not available on January 12, January 20, and from January 27 through February 3, 2021, but am otherwise generally available.

Plaintiff's counsel advised that he has "no position" on the adjournment request and that he is generally available during the week of February 1, 2021.

Accordingly, defense counsel requests a brief adjournment of the telephonic conference currently scheduled for January 28, 2021. This is the first request for adjournment.

Respectfully,

s/ Rachel Aghassi
Rachel Aghassi
Furman Kornfeld & Brennan LLP
*Attorney for Defendant*
61 Broadway, 26th Floor
New York, NY 10006
Tel: 212-867-4100