

61 Broadway, 26th Floor, New York, NY 10006
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

January 6, 2021

**BY ECF**  MEMO ENDORSED

Honorable Ona T. Wang
United States Magistrate Judge
Unites States District Court for
The Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

**Citibank, N.A. v. Law Offices of Rachel Zamata**
**Case No. 18 CV 9973 (RA) (OTW)**

Dear Judge Wang,

    We are counsel to Defendant, Law Office of Rachel Zamata, LLC ("Defendant Zamata"), in the above-referenced action. We submit this letter in response to this Court's December 18, 2020 order [ECF No. 84] concerning Defendant Zamata's request to seal [ECF No. 83] and ordering the parties to submit a joint letter concerning the same.

    Defendant Zamata hereby withdraws Defendant Zamata's request to seal in light of this Court's ruling that "to the extent that Defendant's request to seal is based on attorney-client privilege, the request is denied" [ECF No. 84]. We have informed Plaintiff's counsel of the withdrawal, and thus, this letter is not submitted jointly.

Respectfully,

s/ Rachel Aghassi
Rachel Aghassi
Furman Kornfeld & Brennan LLP
*Attorney for Defendant*
61 Broadway, 26th Floor
New York, NY 10006
Tel: 212-867-4100

**SO ORDERED:**

Application Granted. Defendant's motion to seal is denied as moot. The Clerk is respectfully directed to close ECF 83 and ECF 86.

_____
**Ona T. Wang**          1/26/21
United States Magistrate Judge

570 Taxter Road, 5th Floor, Elmsford, NY 10523  |  Tel: 914-920-4000  |  Fax: 914-347-3898