**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CITIBANK, N.A.,                                              :
                                                             :
              Plaintiff,                          :      18-CV-9973 (RA) (OTW)
                                                             :
              -against-                          :      **ORDER**
                                                             :
LAW OFFICE OF RACHEL ZAMATA, LLC,                            :
                                                             :
              Defendant.                          :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

On February 4, 2021, the parties appeared for a conference to discuss the discovery dispute raised in ECF 80 and 83. As directed at the conference:

- Defendant shall produce the documents referenced in Plaintiff's December 16, 2020 letter by **February 11, 2021**. (ECF 80 at 1). Defendant is warned that failure to timely comply with this Order may result in the Court ordering sanctions or apportioning costs under Federal Rules of Civil Procedure 16, 37(a)(5), 37(b); 28 U.S.C. § 1927; and/or the Court's inherent authority.

- By **March 19, 2021**, Plaintiff shall move for sanctions related to the delay in producing the documents referenced in Plaintiff's December 16, 2020 letter (ECF 80 at 1) and directed to be produced by the Court's Order dated June 5, 2020 (ECF 62 at 1).

- By **March 22, 2021**, Defendant shall submit a proposed briefing schedule for Defendant's opposition and Plaintiff's reply to the motion for sanctions.

**SO ORDERED.**

Dated: February 4, 2021
      New York, New York

                                                 _s/  Ona T. Wang_
                                                 **Ona T. Wang**
                                                 United States Magistrate Judge