UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CITIBANK, N.A.,   :
:
            Plaintiff,   :     18-CV-9973 (RA) (OTW)
:
            -against-   :     **ORDER**
:
LAW OFFICE OF RACHEL ZAMATA, LLC,   :
:
            Defendant.   :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Plaintiff's motion for sanctions pursuant to Fed. R. Civ. P. 37(b)(2)(A) and Defendant's opposition thereto. (ECF 91-93, 103-4). The Court will not award sanctions at this time in light of, *inter alia*, Plaintiff's substantial delay in seeking the additional documents, and suggestions that the failure to produce the documents was inadvertent and/or substantially justified. (ECF 103-1, 103-2). The Clerk of Court is directed to close ECF 91.

      **SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: February 4, 2022                    **Ona T. Wang**
       New York, New York          United States Magistrate Judge